■

**COM.**

v.

**SAUNDERS, S.**

**2818 EDA 2016**

Superior Court of Pennsylvania.

3/24/2017

CP–23–CR–0001537–2000 (Delaware)

Affirmed

■

**COM.**

v.

**SAUNDERS, S.**

**3132 EDA 2016**

Superior Court of Pennsylvania.

03/24/2017

CP–23–CR–0001537–2000 (Delaware)

Affirmed

■

**COM.**

v.

**THOMAS, D.**

**581 MDA 2016**

Superior Court of Pennsylvania.

03/24/2017

CP–22–CR–0002118–2015 (Dauphin)

Affirmed

■

**COM.**

v.

**TORRES, W.**

**912 MDA 2016**

Superior Court of Pennsylvania.

03/24/2017

CP–36–CR–0003182–2015 (Lancaster)

Affirmed

